IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DERRICK BAILEY,** | } |
| Plaintiff, | }CIVIL ACTION FILE NO. |
| | } 1:13-CV-00941-RWS-ECS |
| vs. | } |
| | } |
| **CITY OF DOUGLASVILLE,** | } |
| **HARVEY K. PERSONS, III,** in his | } |
| individual and official capacity as | } |
| Mayor, **CHRIS WOMACK,** in his | } |
| individual and official capacity as Chief | } |
| of Police, **SGT. TODD GARNER,** in his | } |
| individual and official capacity, **CAPT.** | } |
| **ZACK ARDIS,** in his individual and | } |
| official capacity, **SGT. AMY BELCHER,** | } |
| in her individual and official capacity; | } |
| **MAJOR TOMMY WHEELER,** in his | } |
| individual capacity, **JOHN DOE** | } |
| Officers in their individual capacity, | } |
| Defendants. | } |
| | / |

**THIRD AMENDED COMPLAINT**
**FOR CIVIL RIGHTS VIOLATIONS**

COMES NOW Plaintiff and files his Third Amended Complaint for Civil Rights Violations.

1.

Except as to Paragraphs 57 through 65 of Plaintiff's Second Amended Complaint for Civil Rights Violation (Doc. 41) and to the extent the Court has

1

made it the operative Complaint for this action (Doc. 70, p. 10), Plaintiff incorporates the Complaint by reference as if fully set out within this document.

## JURISDICTION

2.

Plaintiff's Title VII claim is brought pursuant to Section 701(b) of the Civil Rights Act of 1964; 42 U.S.C. § 2000 et seq., as amended in 1991, 42 U.S.C. § 1981A (Title VII), and 28 U.S.C. §§1331, 1343, and 1367.

## CONDITIONS PRECEDENT TO SUIT

3.

Plaintiff timely filed a charge of racial discrimination with the EEOC designated as Charge Nos. 410-2013-01694, 410-2014-01628, and 410-2015-00481.  EEOC is in the process of issuing a Right to Sue Letter for these Charges.

## COUNT I
## TITLE VII AND 42 U.S.C. §1981 – EMPLOYMENT DISCRIMINATION

4.

Plaintiff's Title VII Cause of Action is added to and alleged with his 42 U.S.C. § 1981- Employment Discrimination Cause of Action, and it includes Plaintiff's already asserted claims for Right to Make and Enforce Contract, Disparate Treatment, Hostile Work Environment, Retaliation, and Failure to Promote.

Respectfully submitted this 23rd day of February, 2015.

<u>/s/ Lucinda Jones</u>
P. O. Box 90543
East Point, Georgia  30364
404-771-5790

# IN THE UNITED STATES DISTRICT COURT
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DERRICK BAILEY,** } | |
|       Plaintiff, | }CIVIL ACTION FILE NO. |
| | } 1:13-CV-00941-RWS-ECS |
| vs. } | |
| } | |
| **CITY OF DOUGLASVILLE,** } | |
| **HARVEY K. PERSONS, III,** in his } | |
| individual and official capacity as } | |
| Mayor, **CHRIS WOMACK,** in his } | |
| individual and official capacity as Chief } | |
| of Police, **SGT. TODD GARNER,** in his } | |
| individual and official capacity, **CAPT.** } | |
| **ZACK ARDIS,** in his individual and } | |
| official capacity, **SGT. AMY BELCHER,** } | |
| in her individual and official capacity; } | |
| **MAJOR TOMMY WHEELER,** in his } | |
| individual capacity, **JOHN DOE** } | |
| Officers in their individual capacity, } | |
|       Defendants. } | |
| _____/ | |

## Certificate of Service

This is to certify I have this day served a true copy of Plaintiff's **Third Amended Complaint for Civil Rights Violations,** upon Defendants, with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

    Sharon P. Morgan                       Brian R. Dempsey
    Elarbee, Thompson, Sapp &        Freeman Mathis & Gary, LLP
    Wilson, LLP                              100 Galleria Pkwy, Ste. 1600

800 International Tower      Atlanta, Georgia  30339  
229 Peachtree Street, NE      770-818-0000  
Atlanta, Georgia  30303  
404-659-6700  

Submitted this 23rd  day of February, 2015.

            /s/ Lucinda Jones  
            P. O. Box 90543  
      East Point, Georgia  30364  
            404-771-5790