# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DERRICK BAILEY,                          :
                                         :
    Plaintiff,           :
                                         :
v.                                       :    CIVIL ACTION NO.
                                         :    1:13-CV-941-RWS
CITY OF DOUGLASVILLE, et                 :
al.,                                     :
                                         :
    Defendants.          :

## ORDER

This case is before the Court on Defendant Tommy Wheeler's Motion to Dismiss [Doc. No. 86] and Defendant Tommy Wheeler's Emergency Motion to Stay Pending Appeal [Doc. No. 98]. Defendant Tommy Wheeler has appealed this Court's denial of dismissal of Plaintiff's state law claims because Wheeler contends he is entitled to qualified and official immunity. Wheeler's Motion to Dismiss [Doc. No. 86] is DENIED with leave to re-file after the Eleventh Circuit's opinion is issued.

As to Defendant Wheeler's Motion to Stay [Doc. No. 98], on October 26, 2015, Magistrate Judge Catherine M. Salinas lifted the stay of discovery as to Plaintiff and the City Defendants [Doc. No. 95]. As stated in that order, Plaintiff's

AO 72A
(Rev.8/82)

action against Defendant Tommy Wheeler remains stayed in all aspects until his interlocutory appeal is resolved. As such, the Motion to Stay [Doc. No. 98] is DISMISSED as moot.

SO ORDERED, this 2nd day of December, 2015.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

2