IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DERRICK BAILEY,<br>   Plaintiff,<br><br>vs.<br><br>CITY OF DOUGLASVILLE, et al.,<br>   Defendants. | }<br>}CIVIL ACTION FILE NO.<br>} 1:13-CV-00941-RWS-ECS<br>}<br>}<br>}<br>}<br>} |

## MOTION SEEKING PERMISSION TO SUBPOENA GEORGIA DEPARTMENT OF LABOR RECORDS

COMES NOW Plaintiff, pursuant to Local Rule LR 7.1, and file this Motion Seeking Permission to Subpoena Georgia Department of Labor (DOL) Records. The records are relevant and probative to the issues set forth in Plaintiff's lawsuit; however, they are restricted pursuant to O.C.G.A. § 34-8-121 and would require a Court Order for their release.

The records Plaintiff seeks are: (1) The Board of Review's (BOR) March 19, 2013 and July 26, 2013 decisions concerning the City of Douglasville's appeal of Plaintiff's unemployment benefit awards – Docket 63023B-12; (2) DOL Administrative Hearing Officer's December 29, 2014 decision concerning Plaintiff's appeal – Docket 40153-14; (3) BOR's March 6, 2015 decision concerning Plaintiff's appeal – Docket 40153B-14, and (4) DOL's January 15,

1

2014 "Benefit Overpayment Billing Statement" to Plaintiff. Plaintiff shows the Court as follows:

## I.     Procedural History

On March 25, 2013, Plaintiff initiated the instant lawsuit against the City of Douglasville (COD); Harvey Persons, Mayor of COD; Chris Womack, Chief of COD Police Department, and a number of City officers. Plaintiff alleged employment discrimination, pursuant to Title VII and 42 U.S.C. § 1981; First Amendment Free Speech/Retaliation and violations of the Equal Protection Clause and Due Process Clause, pursuant to 42 U.S.C. 1983; and state law claims of interference with employment relations, defamation, and intentional infliction of emotional distress. (Docs. 1 and 41).

All pre-discovery documents have been filed, and discovery commenced on November 26, 2015.

## II.    RELEVANT FACTS

On November 16, 2012, the COD terminated Plaintiff. (Doc. 41, ¶ 24). Plaintiff applied for unemployment benefits at the Department of Labor (DOL). After the DOL denied Plaintiff benefits, he successfully appealed and started

receiving unemployment.[1]  (Id., ¶ 26).  The COD appealed Plaintiff's unemployment award.  Mayor Harvey Persons (hereinafter, "Mayor Persons") and two other members of the Board of Review (BOR) at DOL reviewed Plaintiff's appeal.  On March 19, 2013, Mayor Persons, while simultaneously serving as the City Mayor and member of the BOR, with the other two members, reversed Plaintiff's unemployment award.  Plaintiff appealed their decision to the Douglas County Superior Court.  The Superior Court presiding judge vacated BOR's determination.

On March 25, 2013, Plaintiff filed his initial Complaint, wherein he alleged claims against the COD and Mayor Persons: interference with right to make and enforce a contract, hostile work environment, retaliation, interference with employment relations, defamation, and emotional distress.  (Doc. 1 and 41, ¶¶ 41-42, 45, 49, 51-52, 66, 68, 72).

On July 26, 2013, the BOR took up the Superior Court's Order and affirmed its March 19, 2013 decision.[2]

In October 2014, the COD terminated Plaintiff, again.  Plaintiff appealed to the COD Review Board, and the Board affirmed the City's termination.  Plaintiff

---

[1] Plaintiff also filed an appeal with the COD concerning his termination. As the result of an appeal hearing, COD reinstated Plaintiff to his job in February 2013.
[2] Purportedly, Mayor Persons recused his self and did not participate in the decision making process.

also applied for unemployment and was denied. He appealed DOL's decision. On December 29, 2014, the DOL Administrative Hearing Officer reversed the DOL's finding that Plaintiff was disqualified from receiving unemployment benefits. On March 6, 2015, the BOR adopted the findings of the Administrative Hearing Officer.

### III.  Memorandum of Law

Pursuant to O.C.G.A. 34-8-126, this Court has the power to direct the DOL to release records deemed private and confidential by the Department, "upon a finding by the presiding officer that the need for the information or records in the proceeding outweighs any reasons for the privacy and confidentiality of the information or records."

The documents that Plaintiff seeks are relevant and probative to the claims he alleged in his lawsuit and are not private and confidential. For example, Plaintiff alleged that Mayor Persons defamed his character. (Doc. 41, § 68). These records show that Mayor Persons wrote in the March 19, 2013 release that a criminal trespass warrant was issued against Plaintiff, which is false. Also, this writing by Mayor Persons is probative to Plaintiff's claim that the Mayor interfered with employment relations. (Id., § 66). Each of the documents that Plaintiff

identified above is relevant and probative to his claims, and the records should be released to Plaintiff.  (Subpoena attached to instant Motion as Exhibit A).

## **Conclusion**

Therefore, Plaintiff respectfully prays that the Court grant him permission to subpoena the records from the DOL.

Respectfully submitted this 16th day of February, 2016.

/s/ Lucinda Jones
P. O. Box 90543
East Point, Georgia  30364
404-771-5790
Advocate.lucinda@gmail.com

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DERRICK BAILEY,** } | |
|    Plaintiff, | }CIVIL ACTION FILE NO. |
| | } 1:13-CV-00941-RWS-ECS |
| vs. } | |
| } | |
| **CITY OF DOUGLASVILLE, et al.,** } | |
|    Defendants. } | |
| _____ / | |

## Certificate of Service

This is to certify I have this day served a true copy of Plaintiff's **Motion Seeking Permission Subpoena Georgia Department of Labor Records,** upon Defendants, with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Sharon P. Morgan
Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree Street, NE
Atlanta, Georgia  30303
404-659-6700

Brian R. Dempsey
Freeman Mathis & Gary, LLP
100 Galleria Pkwy, Ste. 1600
Atlanta, Georgia  30339
770-818-0000

Also, a copy has been served upon the Department of Labor, by depositing in the United States Mail to:

Sharri Speer, Esq.
Georgia Department of Labor
UI Legal Section
148 Andrew Young International Blvd.
Suite 510
Atlanta, Georgia  30303-1751

Submitted this 16th day of February, 2016.

/s/ Lucinda Jones
P. O. Box 90543
East Point, Georgia  30364
40-771-5790