IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DERRICK BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.: 1:13-CV-00941-RWS |
| TOMMY WHEELER, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF SUPPLEMENTS HIS PLEADING TO CONFORM TO THE EVIDENCE BY ADDING COUNT III RECKLESS ENDANGERMENT OF THE BODILY SAFETY OF ANOTHER PERSON**

COMES NOW Plaintiff, Derrick Bailey and requests this honorable court to permit him to supplement his pleading by adding Count III reckless endangerment of the bodily safety of another person and in support hereof shows as follows:

1.

Plaintiff filed his original Complaint against Defendant alleging Defamation and Retaliation on March 25, 2013.

2.

On or about February 15, 2013 Defendant Wheeler, in the early morning invited Plaintiff to come to the Sheriff's department to discuss his concerns

1

regarding Plaintiff's allegations of racial profiling of "minority citizen" by Douglasville P.D. and DCSO.

3.

At 1:04 p.m. the same day, Defendant issued a Be On The Lookout (BOLO) for Plaintiff to all "Sheriff users" stating:

> High Importance: "The attached photo is Derrick Bailey. He is an ex Douglasville P.D. Officer. He is accusing the S/O and the P.D. of following him around. **This guy is a loose cannon**. If you have any contact with him make sure you are recording and contact me about the incident. **Consider this man a danger to any L.E.O in Douglas County and act accordingly.**

The Court can take judicial notice and as noted by the U.S. Ct. of Appeal for 11th Cir. In Derrick Bailey v. Major Tommy Wheeler in his individual and official capacity case no. 15-11627 pg. 12, Wheeler's BOLO was issued at a time when just a week earlier the national news outlet had reported that Christopher Dorner, a former Los Angeles police officer, had raged against law enforcement and killed, among others, the daughter of a Police Chief he felt had wronged him. The court further pointed out that under Georgia Law, when a subject is armed and

dangerous, an officer may shoot the subject in self-defense…citing Smith v. LePage, 834 F.3d 1285, 1298 (11th Cir. 2016), and Kidd v. Coates, 518 S.E.2d 124, 125 (GA 1999).

It is Plaintiff's contention that this act by Defendant constituted a conscious disregard of a substantial and unjustifiable risk that his act would cause harm or endanger Plaintiff's safety and is a gross deviation from the standard of care which a reasonable person would exercise under the circumstances in violation of Georgia Law.

WHEREFORE, Plaintiff supplements his pleading to add Count III reckless endangerment of the bodily safety of another person.

This 6th day of November, 2017.

                                        Respectfully submitted,

                                        /s/ Leonard Danley, Sr.
                                        Leonard Danley, Sr.
                                        Georgia Bar No. 204710
                                        Attorney for Plaintiff

DANLEY & ASSOCIATES
6519 Spring Street
Douglasville, GA  30135
Phone:  (770) 942-2053
Fax   :  (770) 942-2051
Email:  firm@danleylaw.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DERRICK BAILEY,         )<br>                         )<br>     Plaintiff,         )<br>                         )<br>v.                       )<br>                         )<br>TOMMY WHEELER,           )<br>                         )<br>     Defendant.         )  | CIVIL ACTION FILE<br>NO.: 1:13-CV-00941-RWS |

**CERTIFICATE OF FONT TYPE, SIZE AND SERVICE**

This is to certify that I have this date presented this document in Time New Roman, 14 point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

Benton J. Mathis, Jr., Esq.<br>
William H. Buechner, Jr., Esq.<br>
Michael M. Hill, Esq.<br>
<b>FREEMAN MATHIS & GARY, LLP</b><br>
100 Galleria Parkway<br>
Suite 1600<br>
Atlanta, Georgia 30339-5948

This 6th day of November, 2017.

4

                    Respectfully submitted,

                    <u>/s/ Leonard Danley, Sr.</u>
                    Leonard Danley, Sr.
                    Georgia Bar No. 204710
                    Attorney for Plaintiff

DANLEY & ASSOCIATES
6519 Spring Street
Douglasville, GA  30135
Phone:  (770) 942-2053
Fax    :  (770) 942-2051
Email:  firm@danleylaw.net