# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DERRICK BAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO.: 1:13-CV-00941-RWS |
| TOMMY WHEELER, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT HIS PLEADING TO CONFORM TO THE EVIDENCE

COMES NOW Plaintiff, Derrick Bailey in the above styled action and pursuant to Federal Rules of Civil Procedure 15(b) hereby requests leave to supplement his Complaint by adding Count III, **reckless endangerment** of the bodily safety of another per and in support of said motion shows as follows:

1.

Plaintiff's original Complaint was filed on or about March 25, 2013.

2.

In Plaintiff's Complaint, two (2) counts for relief: Defamation Count I and Retaliation Count II are currently pending.

1

3.

Notwithstanding Counts I and II, on February 15, 2013 Defendant invited Plaintiff to come to the jail (DCSO) to talk to him about his Complaint of deputies who Plaintiff alleged followed him.

4.

A couple of hours after Defendant invited Plaintiff to come and see him, Defendant issued a BOLO to "all Sheriff users" with Plaintiff's picture attached, and categorized as "high" importance stating that "the attached photo is Derrick Bailey." He is an ex Douglasville P.D. Officer. He is accusing the Sheriff's Office and the Police Department of following him around. This guy is a loose cannon. If you have ANY contact with him make sure you are recording and contact me about the incident. Consider this man a danger to any Law Enforcement Officer in Douglas County and act accordingly."

5.

In addition to Counts I and II, the evidence further shows that Defendant's conduct placed Plaintiff at risk to receive an injury, bodily harm, or worse.

Defendant's action endangering the bodily safety of Plaintiff when he consciously disregarded the substantial and unjustifiable risk or harm that his action placed Plaintiff and this disregard constitutes a gross deviation from the

standard of care which a reasonable person would exercise under the circumstances.

6.

This claim arose out of the conduct, transaction or occurrence set forth or attempted to be set forth in the original pleading and no unfair prejudice will accrue Defendant.

7.

If allowed, Defendant will not be prejudiced thereby as this claim arose out of the conduct, transaction, or occurrence set forth or attempted to be set forth in the original pleading and is supported by the existing evidence.

WHEREFORE, Plaintiff requests this honorable court to allow him to supplement his pleading by adding a Count III to conform to the evidence of this action.

This 6th day of November, 2017.

Respectfully submitted,

/s/ Leonard Danley, Sr.
Leonard Danley, Sr.
Georgia Bar No. 204710
Attorney for Plaintiff

DANLEY & ASSOCIATES
6519 Spring Street
Douglasville, GA  30135
Phone:  (770) 942-2053
Fax    :  (770) 942-2051
Email:  firm@danleylaw.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DERRICK BAILEY,           ) | |
|                 ) | |
|     Plaintiff,           ) | |
|                 ) | |
| v.                                   ) | CIVIL ACTION FILE |
|                 ) | NO.:  1:13-CV-00941-RWS |
| TOMMY WHEELER,           ) | |
|                 ) | |
|     Defendant.         ) | |

**CERTIFICATE OF FONT TYPE, SIZE AND SERVICE**

This is to certify that I have this date presented this document in Time New Roman, 14 point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

Benton J. Mathis, Jr., Esq.
William H. Buechner, Jr., Esq.
Michael M. Hill, Esq.
**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948

This 6th day of November, 2017.

5

Respectfully submitted,

/s/ Leonard Danley, Sr.
Leonard Danley, Sr.
Georgia Bar No. 204710
Attorney for Plaintiff

DANLEY & ASSOCIATES
6519 Spring Street
Douglasville, GA  30135
Phone:  (770) 942-2053
Fax   :  (770) 942-2051
Email:  firm@danleylaw.net