IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DERRICK BAILEY,                  :
                                 :
    Plaintiff,                   :
                                 :
v.                               :   CIVIL ACTION NO.
                                 :   1:13-CV-941-RWS
MAJOR TOMMY WHEELER,             :
                                 :
    Defendant.                   :

## **ORDER**

This case is before the Court on Plaintiff's Motion for Reconsideration [Doc. No. 203].

In his Motion, Plaintiff argues that his failure to comply with Federal Rule of Civil Procedure 25(a) was the result of excusable neglect and that Joe Fowler, the attorney for Defendant Tommy Wheeler's surviving spouse, was Ms. Wheeler's authorized agent to accept service of process. However, Plaintiff relies entirely upon arguments and assertions that could have been presented in a request for additional time to file and serve a Motion to Substitute. Plaintiff has provided no legitimate excuse for his failure to identify, move to substitute, or serve the person to be substituted in the manner required by Rule 25(a). As previously discussed by the Court [Doc. No. 200], despite having many months and despite

AO 72A
(Rev.8/82)

being in possession of the correct name and information for the substitute defendant, Plaintiff failed to comply with Rule 25. Dismissal was appropriate, and Plaintiff's Motion [Doc. No. 203] is DENIED.

The Clerk is DIRECTED to send a copy of this order to the Clerk for the United States Court of Appeals for the Eleventh Circuit.

**SO ORDERED**, this 14th day of June, 2018.

_____
**RICHARD W. STORY**
United States District Judge